

# NUMBER 13-22-00538-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MILTON RINGGENBERG,                                         Appellant,

v.

TURNER CONSTRUCTION CO.,                                    Appellee.

**On appeal from the 156th District Court
of Bee County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on a joint motion to dismiss appeal. On January 9, 2023, the parties were ordered to mediation. The parties mediated the case on March 23, 2023, and the parties have resolved all matters in controversy between them and agree that the appeal will not be pursued.

Upon review of the joint motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed.

In accordance with the motion, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
25th day of May, 2023.